UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CHARLIE L. BELL,<br><br>　　　　Defendant. | Case: 4:25-cr-20127<br>Judge: Kumar, Shalina D.<br>MJ: Ivy, Curtis<br>Filed: 03-05-2025<br>SEALED MATTER (tt)<br><br>Violations:<br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 922(n) |

FILED MAR 05 2025 U.S. DISTRICT COURT FLINT, MICHIGAN

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
### FELON IN POSSESSION OF A FIREARM
### 18 U.S.C. § 922(g)(1)

On or about March 31, 2023, in the Eastern District of Michigan, CHARLIE L. BELL, knowing he had been previously convicted of an offense punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting commerce, a firearm, that is, a Smith & Wesson, Model SD40 VE, .40 caliber, semi-automatic pistol, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO
### ILLEGAL RECEIPT OF A FIREARM WHILE UNDER INDICTMENT
### 18 U.S.C. § 922(n)

On or about March 31, 2023, in the Eastern District of Michigan, CHARLIE L. BELL, who was then under indictment in the State of Michigan – 7th Judicial Circuit Court for a crime punishable by a term of imprisonment exceeding one year, willfully received a firearm, that is, a Smith & Wesson, Model SD40 VE, .40 caliber, semi-automatic pistol, which had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(n).

## FORFEITURE ALLEGATIONS
### 18 U.S.C. § 924(d)(1)

The allegations contained in Counts One and Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1).

Upon conviction of an offense charged in Count One or Two of this Indictment, CHARLIE L. BELL shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), any firearm or ammunition involved in

said offenses including but not limited to one Smith & Wesson, Model SD40 VE, .40 caliber, semi-automatic pistol, serial number FEA0583.

**THIS IS A TRUE BILL.**

Dated: March 5, 2025

  _s/Grand Jury Foreperson_
  GRAND JURY FOREPERSON

JULIE A. BECK
Acting United States Attorney


 _s/Anthony P. Vance_
ANTHONY P. VANCE
Chief – Branch Offices
Assistant United States Attorney
anthony.vance@usdoj.gov
P61148

Companion Case information MUST be completed by AUSA

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover | Case: 4:25-cr-20127<br>Judge: Kumar, Shalina D.<br>MJ: Ivy, Curtis<br>Filed: 03-05-2025<br>SEALED MATTER (tt) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes       X No | AUSA's Initials: TV |

**Case Title:** USA v. Charlie L. Bell

**County where offense occurred:** Genesee County

**Check One:**   X Felony      ☐ Misdemeanor      ☐ Petty

```
 x  Indictment/ ___Information --- no prior complaint.
___ Indictment/ ___Information --- based upon prior complaint [Case number:]
___ Indictment/ ___Information --- based upon LCrR 57.10 (d) [Complete Superseding section below].
```

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

Date: March 5, 2025

s/*Anthony P. Vance*
Anthony P. Vance
Assistant United States Attorney
Chief Branch Offices
600 Church Street, Suite 210, Flint, MI 48502
Fax: 810-766-5177
E-Mail address: Anthony.Vance@usdoj.gov
Attorney Bar #:   P 61148

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.